**Slip Op. 18-149**

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **HEZE HUAYI CHEMICAL CO., LTD.,** | |
| Plaintiff, | |
| v. | |
| **UNITED STATES,** | **Before: Jane A. Restani, Judge** |
| Defendant. | |
| **CLEARON CORP. AND OCCIDENTAL CHEMICAL CORPORATION,** | **Court No. 15-00027** |
| Defendant-Intervenors | |

## JUDGMENT

This case having been duly submitted for decision; and the court, after due deliberation having rendered a decision herein; now therefore, in conformity with said decision it is hereby

ORDERED, ADJUDGED, and DECREED that the Final Results of Redetermination Pursuant to Court Remand, Ct. No. 15-00027, Doc. No. 84, by the United States Department of Commerce are **SUSTAINED**.

　/s/ Jane A. Restani　　
Jane A. Restani, Judge

Dated: October 24, 2018
　　　New York, New York